FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2021

No. 04-21-00194-CR

Chance **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The clerk's record in this case was originally due July 26, 2021. We granted the district clerk's first two requests for an extension of time to file the record, extending the deadline until September 13, 2021. On September 10, 2021, the district clerk filed a third notification of late record, requesting an additional extension of time until September 30, 2021. After consideration, we **GRANT** the request and **ORDER** the district clerk to file the clerk's record **by September 30, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court